

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| CLARENCE COOPER AND ALBA COOPER | * * * | CIVIL ACTION |
| | * | NO. 00-0206 |
| VS. | * * | SECT. "S" |
| HALLIBURTON ENERGY SERVICES, INC. AND BREDERO PRICE COMPANY | * * * | MAG. 4 |
| * * * * * * * * * * * * * * * * | | |

### EX PARTE MOTION AND ORDER TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come defendants, Bredero Price Company and Halliburton Energy Services, Inc., who move this Honorable Court for an Order adding James A. Holmes of the law firm of Christovich & Kearney, L.L.P. and Charles (Chuck) R. Lane, counsel for Halliburton Energy Services, Inc. as co-counsel of record for defendants in this case, along with James F. Holmes remaining as designated trial counsel.

**WHEREFORE**, defendants, Bredero Price Company and Halliburton Energy Services, Inc. pray that this Honorable Court enter an Order adding James A. Holmes of the law firm of

DATE OF ENTRY

MAR 2 4 2000



Christovich & Kearney, L.L.P. and Charles (Chuck) R. Lane, counsel for Halliburton Energy Services, Inc. as co-counsel of record for defendants in this matter.

Respectfully Submitted:

_____
JAMES F. HOLMES, Bar No. 6967
JAMES A. HOLMES, Bar No. 20571
**CHRISTOVICH & KEARNEY, L.L.P.**
Suite 2300 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorneys for Defendants,
Bredero Price Company and Halliburton Energy Services, Inc.

and

**CHARLES (CHUCK) R. LANE, Bar No. 8006**
**HALLIBURTON ENERGY SERVICES**
601 Poydras Street, Sutie 1660
New Orleans, Louisiana 70130
Telephone: (504) 593-6791
Attorney for Defendant,
Halliburton Energy Services, Inc.

## C E R T I F I C A T E

This is to certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, postage pre-paid, on March 22, 2000, at New Orleans, Louisiana.

_____
( JAMES A. HOLMES

- 2 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **CLARENCE COOPER AND ALBA COOPER** | * * * | CIVIL ACTION |
| VS. | * * * | NO. 00-0206 |
| | * | SECT. "S" |
| **HALLIBURTON ENERGY SERVICES, INC. AND BREDERO PRICE COMPANY** | * * * * | MAG. 4 |

* * * * * * * * * * * * * * * *

## O R D E R

**CONSIDERING** the foregoing Motion:

**IT IS HEREBY ORDERED** James A. Holmes of the law firm of Christovich & Kearney, L.L.P. and Charles (Chuck) R. Lane, counsel for Halliburton Energy Services, Inc. be and they are hereby enrolled as co-counsel of record for defendant, Halliburton Energy Services, Inc., along with James F. Holmes, with James F. Holmes remaining as designated trial counsel.

New Orleans, Louisiana this ____ day of __March_____, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE