

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| CLARENCE COOPER AND ALBA COOPER | * * * | CIVIL ACTION |
| VS. | * * | NO. 00-0206 |
| | * | SECT. "S" |
| HALLIBURTON ENERGY SERVICES, INC. AND BREDERO PRICE COMPANY | * * * * | MAG. 4 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO CONSOLIDATE

**NOW INTO COURT**, through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 42, defendants, Halliburton Energy Services, Inc. and Bredero Price Company, move this Honorable Court to consolidate the above captioned matter with Civil Action No. 00-0719, Section "S," Magistrate 4, entitled, "Clarence Cooper, et al v. J. D. Frazier, et al," on the docket of the United States District Court for the Eastern District of Louisiana, on the grounds that both suits have common questions of fact and law, all as more fully explained in the accompanying Memorandum. Undersigned counsel has contacted opposing counsel, who has no objection to the consolidation.

DATE OF ENTRY
JUN 2 0 2000



Respectfully submitted:

_____
JAMES F. HOLMES, Bar No. 6967
JAMES A. HOLMES, Bar No. 20571
**CHRISTOVICH & KEARNEY, L.L.P.**
Suite 2300 Pan American Life Center
601 Poydras Street
New Orleans, Louisiana 70130-6078
Telephone: (504) 561-5700
Attorneys for Defendants,
Bredero Price Company and Halliburton Energy
Services, Inc.

## CERTIFICATE

This is to certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, postage pre-paid, on June 6, 2000, at New Orleans, Louisiana.

_____
JAMES A. HOLMES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| CLARENCE COOPER AND<br>ALBA COOPER<br><br>VS.<br><br>HALLIBURTON ENERGY<br>SERVICES, INC. AND<br>BREDERO PRICE COMPANY | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION<br><br>NO. 00-0206<br><br>SECT. "S"<br><br>MAG. 4 |

* * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion and Memorandum in Support;

**IT IS ORDERED THAT** Civil Action No. 00-0206, Section "S," Magistrate 4, entitled, "Clarence Cooper, et al v. Halliburton Energy Services, Inc. and Bredero Price Company," filed in United States District Court for the Eastern District of Louisiana, be and is hereby **consolidated** with Civil Action No. 00-0719, Section "S," Magistrate 4, entitled, "Clarence Cooper, et al v. J. D. Frazier, et al," filed in United States District Court for the Eastern District of Louisiana;

**IT IS FURTHER ORDERED THAT** all deadlines, Pre-Trial Conference dates and Trial dates previously assigned in Civil Action No. 00-0206 are applicable to Civil Action No. 00-0719,

and the Preliminary Conference scheduled for June 6, 2000, at 3:30 p.m., in Civil Action No. 00-0719, is now moot.

New Orleans, Louisiana, this 6th day of June, 2000.

                                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    SECTION "S"