

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CLARENCE COOPER ET AL.  CIVIL ACTION

VERSUS  NO: 00-0206
C/W 00-0719

HALLIBURTON ENERGY SERVICES,  SECTION: "S" (4)
INC. ET AL.

**IT IS ORDERED** that the parties contact Magistrate Judge Karen Wells Roby within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

New Orleans, Louisiana this 20th day of June, 2000.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY
JUN 2 1 2000