FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JUL 17 PH 4: 22

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**July 17, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE COOPER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:    00-0206** |
| **HALLIBURTON ENERGY SERVICES** | **SECTION: "S" (4)** |

A Settlement Conference was held on this date. Participating were: Lawrence K. Burleigh, Sr., and Clarence Cooper representing the plaintiffs and James F. Holmes, James Aristide Holmes, and Kathy Low representing the defendants. The parties were unable to reach a settlement. However, negotiations are ongoing.

**IT IS ORDERED** that another **Settlement Conference** is set before Magistrate Judge Roby on **September 22, 2000, at 2:30 p.m.**

Counsel for all parties are instructed to submit their respective settlement position letters **on or before September 20, 2000**, for the confidential and exclusive use of the Magistrate. The letter or memorandum **may be no longer than three pages double spaced,** outlining the settlement position of the party. It may however, be faxed directly to my chambers at **(504) 589-7618. All counsel are to have access to someone with full authority.**

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY

JUL 1 8 2000

Fee _____
Process _____
X_ Dktd _____
___ CtRmDep
Doc.No. _____