UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 AUG 10 PM 12: 34
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| CLARENCE COOPER AND ALBA COOPER | CIVIL ACTION |
| | NO. 00-0206 |
| VERSUS | SECTION "S-4" |
| HALLIBURTON ENERGY SERVICES, INC. AND | JUDGE LEMMON |
| BREDERO PRICE COMPANY | MAGISTRATE JUDGE ROBEY |

### MOTION FOR LEAVE TO INTERVENE

Eagle Pacific Insurance Company hereby requests leave to intervene in this action in order to recover workers' compensation benefits paid to and on behalf of plaintiff, Clarence Cooper. The claim directly relates to the subject of the principal action and shares common questions of law and fact with the principal action. For those reasons, leave should be granted to file the attached petition of intervention, pursuant to the Federal Rules of Civil Procedures and the rules of this Court.

Respectfully submitted:

HENRY H. LEBAS, T.A.  #23185
JEFF R. RYTLEWSKI    #25231
100 E. Vermilion St., Ste. 201
Lafayette, LA 70501
Phone: (337) 291-2500
Fax:   (337) 291-2505
Attorney for Intervenor, Eagle Pacific Insurance Company

DATE OF ENTRY
AUG 1 1 2000

Fee____
Process____
X Dktd____
CtRmDep____
Doc.No.____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| CLARENCE COOPER AND ALBA COOPER | CIVIL ACTION |
| | NO. 00-0206 |
| VERSUS | SECTION "S-4" |
| HALLIBURTON ENERGY SERVICES, INC. AND | JUDGE LEMMON |
| BREDERO PRICE COMPANY | MAGISTRATE JUDGE ROBEY |

## ORDER

Considering the foregoing Motion for Leave;

IT IS ORDERED that Eagle Pacific Insurance Company be permitted to file this Petition of Intervention into the record and that the petition be duly served upon defendants-in-intervention unless such service is waived.

THUS DONE AND SIGNED at N.O., Louisiana, this 10th day of August, 2000.

_____
DISTRICT JUDGE

Respectfully submitted:

_____
HENRY H. LEBAS, T.A.  #23185
JEFF R. RYTLEWSKI   #25231
100 E. Vermilion St., Ste. 201
Lafayette, LA 70501
Phone: (337) 291-2500
Fax:   (337) 291-2505
Attorney for Intervenor, Eagle Pacific Insurance Company