FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 SEP 15 AM 11:48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE COOPER ET AL.** | CIVIL ACTION |
| **VERSUS** | NO: 00-0206 |
| **HALLIBURTON ENERGY SERVICES ET AL.** | SECTION: "S" (4) |

### ORDER

**IT IS HEREBY ORDERED** that the pre-trial conference set for September 22, 2000 be continued to *October 13*, 2000 at *11:30* a.m.

New Orleans, Louisiana, this *14* day of September, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 1 5 2000