

MINUTE ENTRY
ROBY, M.J.
SEPTEMBER 20, 2000

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE COOPER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:  00-0206** |
| | c/w |
| | **00-0719** |
| **HALLIBURTON ENERGY SERVICES** | **SECTION: "S" (4)** |

At the request of the defendant's counsel and the consent of the plaintiff's counsel, **IT IS ORDERED** that the **Settlement Conference (doc# 20)** presently set before Magistrate Judge Roby on **September 22, 2000, at 2:30 p.m.** is reset to **October 2, 2000, at 10:00 a.m.** The parties may attend.

Counsel for all parties are instructed to submit their respective settlement position letters **on or before September 28, 2000**, for the confidential and exclusive use of Magistrate Judge Roby. The letter or memorandum **may be no longer than three pages double spaced,** outlining the settlement position of the party. It may however, be faxed directly to my chambers at **(504) 589-7618.**

**All counsel are to have access to someone with full authority.**

KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
SEP 2 1 2000

Fee____
Process___
X Dktd ___
___ CtRmDep
Doc.No. 35