FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -2 PM 12: 21

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**ROBY, M.J.**
**September 29, 2000**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CLARENCE COOPER, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO:   00-0206**<br>c/w<br>**00-0719** |
| **HALLIBURTON ENERGY SERVICES** | **SECTION: "S" (4)** |

The undersigned Magistrate Judge was notified that negotiations were successful and a settlement was reached, therefore **doc #35** is satisfied.

The District Judge's staff has been notified to enter a 60-day Order of Dismissal.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 0 2 2000