FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 11 PM 1:55

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CLARENCE COOPER ET AL.**   CIVIL ACTION

**VERSUS**   NO: 00-0206
   C/W 00-0719

**HALLIBURTON ENERGY SERVICES**   SECTION: "S" (4)
**INC. ET AL.**

ORDER OF DISMISSAL

The court having been advised that the parties in the above captioned matter have firmly agreed upon a compromise, IT IS ORDERED that this case be and hereby is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

New Orleans, Louisiana, this 11th day of October, 2000.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 1 2 2000