

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **CLARENCE COOPER AND** | * | CIVIL ACTION |
| **ALBA COOPER** | * | |
| | * | NO. 00-0206 c/w 00-0719 |
| VS. | * | |
| | * | SECT. "S-4" |
| **HALLIBURTON ENERGY** | * | |
| **SERVICES, INC. AND** | * | JUDGE LEMMON |
| **BREDERO PRICE COMPANY** | * | |
| | * | MAGISTRATE JUDGE ROBEY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come plaintiffs, Clarence Cooper and Alba Cooper, who, upon suggesting the above captioned case has been settled by reason of compromise, moves this Honorable Court to dismiss the suit with prejudice, each party to bear their own costs.

DATE OF ENTRY
NOV 0 3 2000

1

Respectfully submitted:

_____
**LAWRENCE K. BURLEIGH, SR.** Bar No. 3689
Gordon Square, Suite 160
100 East Vermillion Street
Lafayette, LA 70501
Telephone: (337) 234-6222
Attorney for Plaintiffs

## **C E R T I F I C A T E**

This is to certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, postage pre-paid, on October 20, 2000, at New Orleans, Louisiana.

_____
**LAWRENCE K. BURLEIGH, SR.**

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| CLARENCE COOPER AND<br>ALBA COOPER | * * * | CIVIL ACTION<br>NO. 00-0206 c/w 00-0719 |
| VS. | * * | SECT. "S-4" |
| HALLIBURTON ENERGY<br>SERVICES, INC. AND<br>BREDERO PRICE COMPANY | * * * * | JUDGE LEMMON<br>MAGISTRATE JUDGE ROBEY |

* * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Dismiss;

**IT IS ORDERED** that the above numbered and entitled cause be and it is hereby dismissed with prejudice, each party to bear their own costs.

New Orleans, Louisiana November 3, 2000.

_____
JUDGE

3