

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 16 PM 3:48

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **CLARENCE COOPER AND** | * | CIVIL ACTION |
| **ALBA COOPER** | * | |
| | * | NO. 00-0206 c/w 00-0719 |
| VS. | * | |
| | * | SECT. "S-4" |
| **HALLIBURTON ENERGY** | * | |
| **SERVICES, INC. AND** | * | JUDGE LEMMON |
| **BREDERO PRICE COMPANY** | * | |
| | * | MAGISTRATE JUDGE ROBEY |
| * * * * * * * * * * * * * * * * | | |

### MOTION TO DISMISS INTERVENTION

**NOW INTO COURT**, through undersigned counsel, comes intervenor, Eagle Insurance Company, who, upon suggesting the above captioned case has been settled by reason of compromise, moves this Honorable Court to dismiss its intervention with prejudice, each party to bear their own costs.

DATE OF ENTRY
FEB 21 2001

1

Fee
Process
X Dktd
✓ CtRmDep
Doc.No.

Respectfully Submitted:

_____
HENRY H. LEBAS
100 E. Vermillion Street, Suite 201
Lafayette, LA 70501
Telephone: (337) 291-2500
**Attorney for Eagle Pacific Insurance Co.**

## CERTIFICATE

This is to certify that a copy of the above and foregoing has been served upon counsel of record by depositing same in the United States Mail, postage pre-paid, this 6th day of Dec, 2000, at New Orleans, Louisiana.

_____
HENRY H. LEBAS

2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **CLARENCE COOPER AND ALBA COOPER** | * * * | **CIVIL ACTION** |
| | * | **NO. 00-0206** |
| **VS.** | * * | **SECT. "S"** |
| **HALLIBURTON ENERGY SERVICES, INC. AND BREDERO PRICE COMPANY** | * * * * | **MAG. 4** |

* * * * * * * * * * * * * * * *

### O R D E R

**CONSIDERING** the foregoing Motion:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the intervention of Eagle Insurance Company is dismissed with prejudice.

New Orleans, Louisiana this _20_ day of _February_, 2001.

_____
UNITED STATES DISTRICT JUDGE